# FEDERAL PUBLIC DEFENDER
EASTERN DISTRICT OF VIRGINIA
500 EAST MAIN STREET, SUITE 500
NORFOLK, VIRGINIA 23510
TEL: (757) 457-0890
FAX: (757) 457-0880

| | |
|---|---|
| Geremy C. Kamens | Suzanne V. Suher Katchmar |
| Federal Public Defender | Assistant Federal Public Defender |

November 15, 2023

The Honorable Elizabeth W. Hanes
United States District Judge
United States District Court
600 Granby Street
Norfolk, Virginia 23510-1922

    Re:    *United States v. Cleshaun A. Cox*
              Case No.: 2:23cr84

Dear Judge Hanes:

Enclosed, please find additional character letters that we would like the Court to consider before sentencing Mr. Cox:

1. Letter from Sharon Cox, mother; and
2. Letter from Cleontae Cox, brother.

Defense counsel affirms that the letters have been verified for authenticity. At the hearing, I will ask that these authenticated letters be attached to the Presentence Investigation Report.

                              Very truly yours,

                              *Suzanne Katchmar*

                              Suzanne V. Suher Katchmar

Attachments

cc:    E. Rebecca Gantt (with attachments)
        Kathryn Gilbert   (with attachments)
        Jeff A. Noll (with attachments)