Honorable United States District Court Judge Elizabeth W. Hanes,

I am Sharon Cox, the mother of CleShaun Cox. Since a child CleShaun has always been respectful and thoughtful to others. He was never a child that gave me any problems. Such as fighting, gang activity or drugs. CleShaun learned to play the keyboard and drums for the church he attended for so many years. Outside of church he has always been occupied by joining the boy scout, playing in community football team, wrestling in high school & football for Booker T. Washington High School. In which he excelled in them all. Also while in high school CleShaun made the newspaper for forensics as well as a billboard for him being a student of excellence.

CleShaun has always been a loveable and helpful person. He would help at the recreation center in the community in which he and his brother Cleontae were raised. He also went to different summer activities to volunteer his time whenever needed.

I still come across people that knows the situation. Please tell CleShaun we love him and standing with him.

Me being his mother this situation took me by surprise. It is completely out of character for CleShaun. I believe CleShaun deserves another chance if given. When speaking with him he does say how remorseful and sorry he is for what he has done. With the help and support he gets from family and friends. He can get himself together and do what's right.

Sharon Cox (mother)
11/14/2023